1  Thomas S. Brazier, Esq./SBN 055484
   Jeffrey F. Oneal, Esq./SBN 129072
2  LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
   1570 The Alameda, Suite 150
3  San Jose, California 95126-2305
   Telephone: (408) 280-6800
4  Facsimile: (408) 275-6284

5  Attorneys for Defendants
   VANDER BRINK BROTHERS and
6  KODY DEVRIES

**LODGED**
OCT 24 2005
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LEONSO TINOCO,<br><br>    Plaintiff,<br><br>  v.<br><br>VANDER BRINK BROTHERS; KODY DEVRIES; and DOES 1 to 10,<br><br>    Defendants. | Case No.: CIV. S-04-1086 DFL PAN<br><br>**DISMISSAL OF COMPLAINT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the settlement of the action and pursuant to the terms of the settlement agreement, Plaintiff hereby dismisses with prejudice his entire complaint, and each and every cause of action contained therein, with prejudice.

Each party is to bear its own attorneys fees and costs.

Dated: 9-21-05

LAW OFFICES OF JUAN CHACON

By: _____
    JUAN CHACON
    Attorney for Plaintiff
    LEONSO TINOCO

IT IS SO ORDERED

1

DISMISSAL OF COMPLAINT

**PROOF OF SERVICE BY MAIL**

I am employed in the County of Sacramento, State of California; I am over the age of 18 years and not a party to the within action; my address is: 5960 South Land Park Drive, #353, Sacramento, CA 95822.

On October 20, 2005, I served the within documents described as

**DISMISSAL OF COMPLAINT**

on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as follows:

Steven Humphry, Esq.
State Compensation Insurance Fund
10 River Park Place East, Suite 120
Fresno, CA 93720-1534

Jeffery O'Neal, Esq.
LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150
San Jose, CA 95126-2305

    I am readily familiar with the firm's business practice of processing correspondence for mailing. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Sacramento, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    Executed on October 20, 2005 at Sacramento, California.

    I declare under penalty of perjury that under the laws of the State of California that the foregoing is true and correct.

_____
JUAN CHACON